# EXHIBIT H

EXHIBIT H

U.S. NEWS

## Video of teens taunting man at Indigenous Peoples March sparks outrage

Jan. 19, 2019, 11:18 PM GMT
By Dennis Romero and Natalie Valdés

A Catholic archdiocese outside Cincinnati is investigating the actions of some of its high school students during the Indigenous Peoples March in Washington Friday.

Some students wearing Make America Great Again hats and clothing surrounded and taunted a Native American troupe as it performed the "American Indian Movement" song about strength and courage. It's not clear which of those young people surrounding the Native Americans are students of Covington Catholic High School in Covington, Kentucky.

But the Diocese of Covington criticized any students who participated in the action, which broke out as a group from the school was in Washington for the anti-abortion event March for Life.

Its statement, forwarded by archdiocese spokeswoman Laura Keener, singled out Native American leader Nathan Phillips, a Vietnam War veteran and Omaha elder. In social media videos of the incident Phillips can be seen singing as a male taunts him smilingly and gets close to his face.

The male was not identified.

"We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general, Jan. 18, after the March for Life, in Washington, D.C.," the archdiocese's statement reads. "We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person."

The archdiocese said the matter was under investigation and students could be expelled.

During the incident some young people surrounded Native Americans and others started to jump and chant. One young person is heard saying during the Native Americans' song, "This is deep."

Phillips told NBC News that some of the young people surrounding him chanted support for President Trump's proposal to build a wall along the U.S.-Mexico border.

"Chants of 'Build the wall' and other things that were even worse," he said as he stood in the rain in Washington. "They were brought up to believe I'm less than human."

The elder said he's getting hateful phone calls and is afraid to answer his phone in the wake of the incident, which came nearly a week after Trump mocked U.S. Sen. Elizabeth Warren's claim to Native American ancestry.

If Elizabeth Warren, often referred to by me as Pocahontas, did this commercial from Bighorn or Wounded Knee instead of her kitchen, with her husband dressed in full Indian garb, it would have been a smash! pic.twitter.com/D5KWr8EPan

— Donald J. Trump (@realDonaldTrump) January 14, 2019

"I'm still trying to process it," Phillips said. "Who they were, who those young folks were, where they came from and who's bringing them up. Where were the chaperones? How did this come to take this point ... ?"

"It's gonna take us all to come together," he added. "I'm about prayer, but then you have to have some action to go with it."

Dennis Romero
Dennis Romero writes for NBC News and is based in Los Angeles.

Natalie Valdés
Natalie Valdés is a producer for NBC News in Miami, Florida.

- ABOUT
- CONTACT
- CAREERS
- PRIVACY POLICY
- TERMS OF SERVICE
- SITEMAP
- ADVERTISE

- ▷ADCHOICES

© 2019 NBC UNIVERSAL