UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN** and **JULIE SANDMANN**,<br><br>Plaintiffs,<br><br>v.<br><br>**NBCUNIVERSAL MEDIA, LLC,**<br><br>Defendant. | Civil Action No. 2:19-cv-00056-WOB-CJS<br><br>Judge William O. Bertelsman<br>Magistrate Judge Candace Smith<br><br>**AGREED ORDER EXTENDING TIME OF DEFENDANT TO MOVE, ANSWER, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** |

Pursuant to LR 7.1(b), Defendant NBCUniversal Media, LLC ("Defendant") on the one hand, and Plaintiff Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann ("Plaintiff") on the other, respectfully submit this Agreed Order extending the time for Defendant to move, answer, or otherwise plead in response to Plaintiff's Complaint (Doc. 1) up to, and including, **JULY 29, 2019**.

**SO ORDERED THIS \_\_\_\_ DAY OF JUNE, 2019**

_____
William O. Bertelsman
United States District Judge

1

TENDERED BY:

/s/ J. Stephen Smith
J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

ATTORNEYS FOR DEFENDANT

HAVE SEEN; AGREED:

/s/ Todd v. McMurtry (via email authorization)
Todd v. McMurtry (KBA #82101)
Hemmer DeFrank Wessels PLLC
250 Grandview Drive
Suite 500
Ft. Mitchell, KY 95343
Phone:  (859) 344-1188
Fax: (859) 578-3869
Email: tmcmurtry@hemmerlaw.com

COUNSEL FOR PLAINTIFF

9552318.1