UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,**<br><br>Plaintiffs,<br><br>v.<br><br>**NBCUNIVERSAL MEDIA, LLC,**<br><br>Defendant. | Civil Action No. 2:19-cv-00056-WOB-CJS<br><br>Judge William O. Bertelsman<br>Magistrate Judge Candace Smith |

## ORDER

This matter is before the Court on the Joint Motion for Additional Pages (R.___), wherein Plaintiff and Defendant seek leave to file memoranda in support of and opposing Defendant's planned Motion to Dismiss that exceed the 25-page limit permitted under Rule 7.1(d) of the Joint Local Rules of Civil Practice.

Accordingly, **IT IS ORDERED** that the Joint Motion for Additional Pages (R.___) is hereby **granted.** Defendant is permitted to file a memorandum not to exceed 45 pages in support of its impending Motion to Dismiss, and Plaintiff is permitted to file a memoranda not to exceed 45 pages in Response.

Dated this ___ day of July, 2019.

9611286.1

1