UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
F I L E D

JUL 2 9 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,** | Civil Action No. 2:19-cv-00056-WOB-CJS |
| Plaintiffs, | Judge William O. Berterlsman |
| v. | Magistrate Judge Candace Smith |
| **NBCUNIVERSAL MEDIA, LLC,** | |
| Defendant. | |

## DEFENDANT'S NOTICE OF FILING EXHIBIT B
## TO ITS MEMORANDUM IN SUPPORT OF
## <u>MOTION TO DISMISS</u>

Defendant, NCBUniversal Media, LLC, through its undersigned counsel, hereby gives

notice of conventionally filing Exhibit B to Defendant's Memorandum in Support of Motion to

Dismiss, identified in footnote 6 as "a DVD which contains each broadcast identified in

Plaintiff's complaint, along with the video embedded in the 'Second Article.'"

Respectfully submitted,

/s/ John C. Greiner
John C. Greiner (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut St., Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.com

&



EXHIBIT

B

J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300, Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

ATTORNEYS FOR DEFENDANT

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing was served on this 29th day
of July, 2019 by regular U.S. mail, postage prepaid, upon the following:

Todd V. McMurtry                          L. Lin Wood
Hemmer DeFrank Wessels PLLC               1180 W. Peachtree Street, Suite 2040
250 Grandview Drive, Suite 500            Atlanta, GA  30309
Ft. Mitchell, KY  41017

/s/ John C. Greiner_____
John C. Greiner (*Pro Hac Vice*)

9647768.1



GRAYDON

*Sandmann v. NBCUniversal*
Case No. 2:19-cv-00056

EXHIBIT B