UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN and JULIE SANDMANN**, <br><br>Plaintiffs, <br><br>v. <br><br>**NBCUNIVERSAL MEDIA, LLC,** <br><br>Defendant. | Civil Action No. 2:19-cv-00056-WOB-CJS <br><br>Judge William O. Bertelsman <br>Magistrate Judge Candace Smith |

Defendant NBCUniversal Media, LLC ("Defendant") respectfully moves this Court for entry of the attached Agreed Order extending the time for Defendant to move, answer, or otherwise plead to Plaintiff Nicholas Sandmann's Amended Complaint (Doc. 23) up to, and including, **September 16, 2019**.

                Respectfully submitted,

                */s/ J. Stephen Smith*
                J. Stephen Smith (KBA #86612)
                John C. Greiner (*pro hac vice*)
                Darren W. Ford (KBA #95373)
                GRAYDON HEAD & RITCHEY LLP
                2400 Chamber Center Drive
                Suite 300
                Ft. Mitchell, KY 41017
                Phone: (859) 578-3070
                Fax: (859) 578-3071
                ssmith@graydon.law
                jgreiner@graydon.law
                dford@graydon.law

                ATTORNEYS FOR PLAINTIFFS

9713699.1