UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN and JULIE SANDMANN**,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>**NBCUNIVERSAL MEDIA, LLC,**<br><br>Defendant. | Civil Action No. 2:19-cv-00056-WOB-CJS<br><br><br>Judge William O. Bertelsman<br>Magistrate Judge Candace Smith<br><br>**DEFENDANT NBCUNIVERSAL MEDIA, LLC'S MOTION TO STRIKE ALLEGATIONS IN PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant NBCUniversal Media, LLC (hereinafter "NBCUniversal"), by its undersigned counsel, respectfully moves this Court to strike paragraphs 147 through 185 of Plaintiff's First Amendment Complaint (Doc. 23) pursuant to Fed. R. Civ. P. 12(f), on the ground that these paragraphs are immaterial and impertinent to the defamation claims asserted by Plaintiff. A memorandum in support of NBCUniversal's Motion to Strike, and a proposed entry, are attached.

Respectfully submitted,

/s/ Darren W. Ford
John C. Greiner (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut St.
Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316

1

 jgreiner@graydon.com

 &

J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

ATTORNEYS FOR DEFENDANT

9729581.2