UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,** | Civil Action No. 2:19-cv-00056-WOB-CJS |
| Plaintiffs, | Judge William O. Bertelsman<br>Magistrate Judge Candace Smith |
| v. | **[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STRIKE** |
| **NBCUNIVERSAL MEDIA, LLC,** | |
| Defendant. | |

This matter is before the Court upon Defendant NBCUniversal Media, LLC's ("Defendant") Motion to Strike paragraphs 147 through 185 of Plaintiff's Amended Complaint (Doc. 23) pursuant to Fed. R. Civ. P. 12(f). Based upon the parties' briefs, and the record before the Court, it is hereby ordered that Defendant's Motion to Strike is **GRANTED**; that paragraphs 147 through 185 of Plaintiff's Amended Complaint are hereby struck; and that Defendant shall not respond to the stricken paragraphs in any answer to the Amended Complaint it may file in this case.

**SO ORDERED THIS ___ DAY OF _____, 2019**

Tendered by:

/s/ Darren W. Ford_____
John C. Greiner (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut St.
Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.com

    &

J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

ATTORNEYS FOR DEFENDANT

9747255.1