```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF KENTUCKY
               NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 2:19-00056 (WOB-CJS)

NICHOLAS SANDMANN                                       PLAINTIFF

VS.                              <u>ORDER</u>

NBCUNIVERAL MEDIA, LLC                                  DEFENDANT

This matter is before the Court on periodic review, and defendant having filed a motion to dismiss directed at plaintiff's Amended Complaint, and the Court being advised,

**IT IS ORDERED** that defendant's first motion to dismiss (Doc. 21) be, and is hereby, **DENIED AS MOOT.**

This 2nd day of October 2019.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge