**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

## WASHINGTON POST/NBC STATEMENTS CROSS-REFERENCE CHART

| Washington Post ("WaPo") Statement No.[1] (Washington Post Case Doc. 47) | Court Identified Bases for Dismissal (Washington Post Case Doc. 47) | Sandmann v. NBC Amend. Complaint Paragraph No. | Sandmann v. NBC Amend. Complaint Statement Chart Category (Doc. 29-2) |
|---|---|---|---|
| 1<br><br>Headline: "'It was getting ugly': Native American drummer speaks on the MAGA-hat wearing teens who surrounded him" | Not "about" Sandmann<br><br>"surrounded" and "ugly" are matters of opinion<br><br>Not defamatory | ¶ 252(f)<br>¶ 428(c)<br>¶ 282(g)<br>¶ 313(h)<br>¶ 558(b) | 2<br>2<br>13<br>16<br>49 |
| 2<br><br>"In an interview Saturday, Phillips, 64, said he felt threatened by the teens and that they suddenly swarmed around him as and [sic] other activists were wrapping up the march and preparing to leave." | Not "about" Sandmann<br><br>"felt threatened" and "swarmed" are subjective matters of opinion<br><br>Not defamatory | ¶¶ 252(i), 335(d)(i), 384(b), 500(d)<br>¶ 370(f)<br>¶ 411(b)<br>¶ 428(b)<br>¶ 428(c)<br>¶ 442(b)<br>¶ 541(a)<br>¶ 282(e)<br>¶ 402(c)<br>¶ 457(c)<br>¶ 500(h) | 2<br>2<br>2<br>2<br>2<br>2<br>2<br>4<br>22<br>33<br>42 |

[1] This chart does not include WaPo Statements Nos. 10, 11 & 33, as the Court has not dismissed claims based on those statements.

**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| | | | |
|---|---|---|---|
| 3<br><br>"Phillips, who was singing the American Indian Movement song of unity that serves as a ceremony to send the spirits home, said he noticed tensions beginning to escalate when the teens and other apparent participants from the nearby March for Life rally began taunting the dispersing indigenous crowd." | Not "about" Sandmann<br><br>What constitutes "taunting" is a subjective matter of opinion<br><br>Not defamatory | ¶ 252(c)<br>¶ 252(d)<br>¶ 268(a)<br>¶ 268(c)<br>¶ 313(a)<br>¶ 313(b)<br>¶ 350(a)<br>¶ 350(b)<br>¶ 335(b)<br>¶ 370(a)<br>¶ 370(b)<br>¶ 411(a)<br>¶ 514(a)<br>¶ 313(f)<br>¶ 282(g)<br>¶ 541(d)<br>¶ 335(a)<br>¶¶ 514(c), 525(c)<br>¶ 541(c) | 1<br>1<br>1<br>1<br>1<br>1<br>1<br>1<br>1<br>1<br>1<br>1<br>1<br>6<br>13<br>13<br>18<br>41<br>43 |
| 4<br><br>Headline: "'Opposed to the dignity of the human person': Kentucky Catholic diocese condemns teens who taunted vet at March for Life." | Not "about Sandmann"<br><br>What constitutes "taunting" is a subjective matter of opinion<br><br>Not defamatory | ¶ 252(m)<br>¶ 268(g)<br>¶ 282(d)<br>¶ 313(g)<br>¶ 335(d)(iv)<br>¶ 402(a)<br>¶¶ 514(d), ¶ 525(d)<br>¶ 350(g) | 6<br>6<br>6<br>6<br>6<br>6<br>6<br>23 |

2

**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| 5 "A viral video of a group of Kentucky teens in 'Make America Great Again' hats taunting a Native American veteran on Friday has heaped fuel on a long-running, intense argument among abortion opponents as to whether the close affiliation of many antiabortion leaders with President Trump since he took office has led to moral decay that harms the movement." | Not "about" Sandmann<br><br>What constitutes "taunting" is a subjective matter of opinion<br><br>Not defamatory | ¶ 282(c)<br>¶ 297(a)<br>¶ 370(d)<br><br>(See also paragraphs listed for WaPo Statement No. 3) | 12<br>12<br>12 |
|---|---|---|---|
| 6 "The Israelites and students exchanged taunts, videos show. The Native Americans and Hebrew Israelites say some students shouted, 'Build the wall!' although the chant is not heard on the widely circulated videos, and the Cincinnati Enquirer quoted a student at the center of the confrontation who said he did not hear anyone say it." | Not "about" Sandmann<br><br>What constitutes "taunting" is a subjective matter of opinion<br><br>Not defamatory | ¶ 297(c)<br>¶ 268(f)<br>¶ 457(b)<br>¶¶ 514(f), 525(g)<br>¶¶ 514(g), 525(h)<br>¶ 500(c)<br>¶ 500(g)<br>¶ 549(b)<br>¶ 558(e)<br>¶ 350(e)<br>¶ 350(f)<br>¶ 442(e)<br>¶ 541(g) | 8<br>9<br>9<br>9<br>9<br>9<br>9<br>9<br>9<br>21<br>22<br>31<br>45 |

**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| | | | |
|---|---|---|---|
| 7<br><br>"The Israelites and students exchanged taunts, videos show. The Native Americans and Hebrew Israelites say some students shouted, 'Build the wall!' But the chant is not heard on the widely circulated videos, and the Cincinnati Enquirer quotes Nick Sandmann, the student at the center of the confrontation, saying he did not hear anyone utter the phrase." | What constitutes "taunting" is a subjective matter of opinion<br><br>Not defamatory | (See paragraphs listed for WaPo Statements Nos. 3, 5 & 6) | (See corresponding NBC Statement Chart categories for WaPo Statements Nos. 3, 5 & 6) |
| 8<br><br>"A few people in the March for Life crowd began to chant 'Build that wall, build that wall,' he [Phillips] said."<br><br>"At one point, some reportedly chanted, "Build the wall!"" | Not "about" Sandmann<br><br>Not defamatory | (See paragraphs listed for WaPo Statement No. 3, 5 & 6) | (See NBC Statement Chart categories listed for WaPo Statements Nos. 3, 5 & 6) |
| 9<br><br>Jon Stegenga, a photojournalist who drove to Washington on Friday from South Carolina to cover the Indigenous Peoples March, recalled hearing students say 'build the wall' and 'Trump 2020.' He said it was about that time that Phillips intervened." | Not "about" Sandmann<br><br>Not defamatory | (See paragraphs listed for WaPo Statement No. 3, 5 & 6) | (See NBC Statement Chart categories listed for WaPo Statements Nos. 3, 5 & 6) |

**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| 12 "Most of the students moved out of his way, the video shows. But Sandmann stayed still. Asked why he [Phillips] felt the need to walk into the group of students, Phillips said he was trying to reach the top of the memorial, where friends were standing. But Phillips also said he saw more than a teenage boy in front of him. He saw a long history of white oppression of Native Americans. 'Why should I go around him?' he asked. 'I'm just thinking of 500 years of genocide in this country, what your people have done. You don't even see me as a human being.'" | What Phillips saw in Sandmann is a matter of opinion

Not defamatory for Phillips to recite historical facts | (No corresponding NBC Complaint statement) | (No corresponding NBC Complaint statement) |
|---|---|---|---|

5

**EXHIBIT A**
NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| 13 "It clearly demonstrates the validity of our concerns about the marginalization and disrespect of Indigenous peoples, and it shows that traditional knowledge is being ignored by those who should listen most closely,' Darren Thompson, an organizer for the group [the Indigenous Peoples Movement], said in the statement." | Not "about" Sandmann<br><br>What constitutes "disrespect" and "ignor[ance]" are matters of personal opinion<br><br>Not defamatory | ¶ 252(l)<br>¶ 297(b)<br>¶ 297(e)<br>¶ 313(e)<br>¶ 313(i)<br>¶ 335(c)<br>¶ 350(c)<br>¶ 384(a)<br>¶ 411(d)<br>¶ 411(e)<br>¶ 411(f)<br>¶ 428(a)<br>¶ 268(h)<br>¶ 313(k)<br>¶ 384(d)<br>¶ 442(a)<br>¶ 473(a)<br>¶ 473(d)<br>¶ 473(e) | 5<br>8<br>8<br>8<br>8<br>8<br>8<br>8<br>8<br>8<br>8<br>8<br>10<br>14<br>24<br>28<br>36<br>39<br>40 |
|---|---|---|---|
| 14 "It's clear from Friday's incident on the Mall that the young men who confronted the Native American protester had somehow internalized that their behavior was acceptable. It's hard to read from that one scenario how they look at issues of race more broadly. But if part of the incident on the Mall reflected opposition to diversity, those views would be in the minority." | Not "about" Sandmann<br><br>What constitutes "confront[ing]" and "internalized" are subjective matters of opinion<br><br>Not defamatory | ¶ 282(f)<br>¶ 297(d)<br>¶ 313(k)<br>¶ 442(a) | 13<br>14<br>14<br>28 |

**EXHIBIT A**
NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| 15 "Chase Iron Eyes, an attorney with the Lakota People Law Project, said the incident lasted about 10 minutes and ended when Phillips and other activists walked away." | Not "about" Sandmann<br><br>Not defamatory | (No corresponding NBC Complaint statement) | (No corresponding NBC Complaint statement) |
|---|---|---|---|
| 16 "'It was an aggressive display of physicality. They were rambunctious and trying to instigate a conflict,' he [Chase Iron Eyes] said. 'We were wondering where their chaperones were. [Phillips] was really trying to defuse the situation.'" (second alteration in the original). | Not "about" Sandmann<br><br>What constitutes "aggressive," "physicality," and "rambunctious" are subjective matters of opinion<br><br>Not defamatory | ¶ 370(f)<br>¶ 350(e)<br>¶ 350(g)<br>¶ 411(c)<br>¶ 428(f) | 2<br>21<br>23<br>26<br>27 |
| 17 "Phillips, an Omaha tribe elder who also fought in the Vietnam War, has encountered anti-Native American sentiments before:…"<br><br>"[Phillips] has encountered anti-Native American sentiment before: …." | Not "about" Sandmann<br><br>What constitutes an "anti-Native American sentiment" is in the eye of the beholder<br><br>Not defamatory | ¶ 252(j) | 3 |

**EXHIBIT A**
NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| 18  '"We [CovCath school officials and the Diocese of Covington] condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general,' the statement said. 'The matter is being investigated and we will take appropriate action, up to and including expulsion.' . . . . The diocese's statement expressed regret that jeering, disrespectful students from a Catholic school had become the enduring image of the march."  (same, except that the last sentence was omitted in the 3rd Article) | Not "about" Sandmann  Opinion  What constitutes "jeering" and "disrespectful" are subjective matters of opinion | ¶ 252(g)  ¶ 428(e)  ¶ 500(a)(v)  ¶¶ 500(e), 541(e)  ¶ 335(c)  ¶ 335(d)(v)  ¶ 402(d)  ¶ 428(d)  (See also paragraphs listed for WaPo Statement No. 4) | 1  6  6  6  8  20  25  25  (See NBC Statement Chart categories listed for WaPo Statement No. 4) |
|---|---|---|---|

**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| 19 "'We condemn the actions of the Covington Catholic high school students towards Nathan Phillips specifically, and Native Americans in general,' a statement by the Roman Catholic Diocese of Covington and Covington Catholic High School read. 'We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person. The matter is being investigated and we will take appropriate action, up to and including expulsion. We know this incident also has tainted the entire witness of the March for Life and express our sincere apologies to all those who attended the March and those who support the pro-life movement.'" | Not "about" Sandmann  Opinion  Not defamatory | (See paragraphs listed for WaPo Statements Nos. 4 and 18) | (See NBC Statement Chart categories listed for WaPo Statements Nos. 4 & 18) |

**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| | | | |
|---|---|---|---|
| **20** "School officials and the Catholic Diocese of Covington released a joint statement Saturday condemning and apologizing for the students' actions. 'The matter is being investigated and we will take appropriate action, up to and including expulsion,' the statement said." | Opinion<br><br>Not defamatory | ¶ 473(c)<br><br>(See paragraphs listed for WaPo Statements Nos. 4 and 18) | 38<br><br>(See NBC Statement Chart categories listed for WaPo Statements Nos. 4 & 18) |
| **21** "The Kentucky teens' church apologized on Saturday, condemning the students' actions." | Opinion<br><br>Not defamatory | ¶ 384(e)<br>¶ 500(b)<br><br>(See paragraphs listed for WaPo Statements Nos. 4 and 18) | 6<br>6<br><br>(See NBC Statement Chart categories listed for WaPo Statements Nos. 4 & 18) |
| **22** Headline: "Marcher's accost by boys in MAGA caps draws ire." | Not "about" Sandmann<br><br>"accost" has many meanings and is a matter of subjective opinion<br><br>Not defamatory | ¶ 268(b) | 7 |

**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| 23 "Friday's incident near the Lincoln Memorial in which a group of high school boys confronted an elderly Native American man sent a ripple of fear and anger across the country. The image of a group of high school boys clad in 'Make America Great Again' hats, smirking and laughing as one of their members appeared to physically intimidate Nathan Phillips resurfaced tensions that have been simmering since President Trump's campaign began." | Not "about" Sandmann  "Rhetoric" or "hyperbole"  What constitutes "smirking" and what it means to "physically intimidate" another, are both matters of opinion  Not defamatory | ¶ 268(b) ¶ 313(d) ¶ 313(m) ¶ 500(a)(iii) ¶ 473(b) | 7 15 18 18 37 |
|---|---|---|---|

**EXHIBIT A**
NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| | | | |
|---|---|---|---|
| **24**  "When I took that drum and hit that first beat … it was a supplication to God," said Nathan Phillips, a member of the Omaha tribe and a Marine veteran. 'Look at us, God, look at what is going on here; my America is being torn apart by racism, hatred, bigotry.'" (ellipsis in original) | Phillip's opinion of the nation's status  Labeling someone a racist is a matter of opinion | ¶ 252(k) | 4 |
| | | ¶ 282(i) | 4 |
| | | ¶ 558(d) | 4 |
| | | ¶ 268(d) | 8 |
| | | ¶ 297(b) | 8 |
| | | ¶ 297(e) | 8 |
| | | ¶ 313(e) | 8 |
| | | ¶ 313(i) | 8 |
| | | ¶ 313(j) | 8 |
| | | ¶ 335(c) | 8 |
| | | ¶ 350(c) | 8 |
| | | ¶ 384(a) | 8 |
| | | ¶ 411(d) | 8 |
| | | ¶ 411(e) | 8 |
| | | ¶ 411(f) | 8 |
| | | ¶ 428(a) | 8 |
| | | ¶ 282(h) | 13 |
| | | ¶ 525(f) | 13 |
| | | ¶ 370(e) | 22 |
| | | ¶ 442(d) | 30 |
| | | ¶ 473(a) | 36 |

**EXHIBIT A**
NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| | | | |
|---|---|---|---|
| 25<br><br>"While the groups argued, some students laughed and mocked them, according to Banyamyan and another Hebrew Israelite, Ephraim Israel, who came from New York for the event. As tension grew, the Hebrew Israelites started insulting the students. . . . 'They were sitting there, mocking me as I was trying to teach my brothers, so yes the attention turned to them,' Israel told The Washington Post." | What constitutes "mock[ing]" is Banyamyan's subjective opinion<br><br>Not defamatory | ¶ 252(a)<br>¶ 252(b)<br>¶ 252(e)<br>¶ 268(e)<br>¶ 282(a)<br>¶ 500(a)(i)<br>¶ 500(a)(ii)<br>¶ 500(b)<br>¶ 313(l)<br>¶ 335(d)(iii)<br>¶ 402(b)<br>¶ 457(a)<br>¶ 541(i)<br>¶ 549(d) | 1<br>1<br>1<br>1<br>1<br>1<br>1<br>6<br>17<br>19<br>19<br>32<br>47<br>48 |
| 26<br><br>"Phillips said he and his fellow Native American activists also had issues with the students throughout the day. 'Before they got centered on the black Israelites, they would walk through and say things to each other, like, 'Oh, the Indians in my state are drunks or thieves,' the 64-year-old said." | What constitutes "issues" is a matter of opinion<br><br>Not defamatory | ¶ 541(f) | 44 |

**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| | | | |
|---|---|---|---|
| **27** "Phillips said he heard students shout, 'Go back to Africa!'" | Not "about" Sandmann<br><br>Not defamatory | (No corresponding NBC Complaint statement) | (No corresponding NBC Complaint statement) |
| **28** "'They were mocking my ancestors in a chant, one of them was jumping up and down like a cave man,' he [Banyaman] said." | What constitutes "mocking" is a matter of personal opinion<br><br>Statement is hyperbole<br><br>Not defamatory | ¶ 457(a)<br>¶ 541(i)<br>¶ 549(d)<br><br>(See paragraphs listed for WaPo Statement No. 25) | 32<br>47<br>48<br><br>(See NBC Statement Chart categories listed for WaPo Statement No. 25) |
| **29** "Stegenga described Phillips as emotional. 'He [Phillips] was dealing with a lot of feelings, as he was being surrounded and not being shown respect,' the photographer [Stegenga] said." | What constitutes "respect" and being "surrounded" are matters of opinion<br><br>Not defamatory | ¶ 252(f)<br>¶ 428(b)<br>¶ 442(b)<br>¶¶ 514(f), 525(g)<br>¶¶ 514(g), 525(h)<br>¶ 282(b)<br>¶ 313(c)<br>¶ 514(b)<br>¶¶ 514(e), 525(e)<br>¶ 500(a)(iv)<br>¶ 525(b) | 2<br>2<br>2<br>9<br>9<br>11<br>11<br>11<br>11<br>11<br>11 |

**EXHIBIT A**
NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| | | | |
|---|---|---|---|
| **30** "When a Native American elder intervened, singing and playing a prayer song, scores of students around him seem to mimic and mock him, a video posted Monday shows." | What constitutes "mimic[king]" and "mock[ing]" are matters of subjective opinion and rhetorical hyperbole<br><br>Not defamatory | ¶¶ 335(d)(ii), 384(c)<br>¶ 525(b)<br>¶ 457(a)<br><br>(See also paragraphs listed for WaPo Statement No. 3) | 4<br>11<br>32<br><br>(See NBC Statement Chart categories listed for WaPo Statement Nos. 3) |
| **31** "In an interview with The Post, Omaha Tribe elder Nathan Phillips says he 'felt like the spirit was talking through me' as teens jeered and mocked him." | Not "about" Sandmann<br><br>What constitutes "jeer[ing]" and "mock[ing]" are subjective matters of opinion<br><br>Not defamatory | ¶ 252(a)<br>¶ 282(b)<br>¶ 252(g)<br>¶ 500(a)(i)<br>¶ 525(a)<br>¶ 457(a)<br>¶ 457(c)<br><br>(See also paragraphs listed for WaPo Statement No. 3) | 1<br>1<br>1<br>1<br>1<br>32<br>33<br><br>(See NBC Statement Chart categories listed for WaPo Statement No. 3) |

**EXHIBIT A**

NBCUniversal Media, LLC Reply in Support of Motion to Dismiss

| 32  "He was singing the American Indian Movement song of unity that serves as a ceremony to send the spirits home. 'It was getting ugly, and I was thinking: 'I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial.'" | Not "about" Sandmann  What constitutes "ugly" is a matter of opinion  Not defamatory | ¶ 252(h) ¶ 282(g) ¶ 313(h) ¶ 457(c) | 3 13 16 33 |
|---|---|---|---|

9876796.4