Eastern District of Kentucky
**F I L E D**

**NOV -7 2019**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:19-cv-19-WOB-CJS |
| | JUDGE BERTELSMAN |
| Plaintiff, | MAGISTRATE JUDGE SMITH |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND TO SET DATE BY WHICH TO ANSWER OR OTHERWISE PLEAD |
| WP COMPANY LLC d/b/a THE WASHINGTON POST, | |
| Defendant. | |

Plaintiff Nicholas Sandmann and Defendant WP Company LLC d/b/a The Washington Post having filed a joint motion to continue the scheduling conference currently set for December 3, 2019 and to extend the time by which the Washington Post must answer or otherwise respond to the Plaintiff's First Amended Complaint, and the Court having reviewed the motion and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the motion → (Doc. 66) is GRANTED. The currently scheduled Fed. R. Civ. P. 26 (f) conference shall now be held on __7th__ day of January, 2020 at __1 pm__ .m. All other directives contained in the Court's Order (Doc #64) remain in place. Further, the Washington Post shall have up to and including December 11, 2019 to answer or otherwise respond to the Plaintiff's First Amended Complaint.

Dated this __7th__ of November, 2019.

_William O. Bertelsman_
UNITED STATES DISTRICT JUDGE

Tendered by:

**/s/ Todd V. McMurtry**
Todd V. McMurtry
Kentucky Bar No. 82101
tmcmurtry@hemmerlaw.com
Kyle M. Winslow
Kentucky Bar No. 95343
kwinslow@hemmerlaw.com
250 Grandview Drive, Ste. 500
Ft. Mitchell, KY 41017
Tel: 859-344-1188
Fax: 859-578-3869

L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole Jennings Wade (*pro hac vice*)
nwade@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com
1180 W. Peachtree Street, Ste. 2040
Atlanta, GA 30309
Tel: 404-891-1402
Fax: 404-506-9111

*Trial Attorneys for Plaintiff*