**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

**CIVIL ACTION NO. 2:19-00056 (WOB-CJS)**

**NICHOLAS SANDMANN**                                                    **PLAINTIFF**

**VS.**                                    <u>**ORDER**</u>

**NBCUNIVERSAL MEDIA, LLC**                                        **DEFENDANT**

This matter is before the Court on the motion of defendant NBCUniversal Media ("NBC") to strike certain paragraphs from the First Amended Complaint on the ground that they are immaterial(Doc. 28).

These paragraphs allege Nathan Phillips - one of the sources used by defendant - was untrustworthy and defendant negligently used his statements in its publications and broadcasts.

Although the challenged paragraphs are somewhat prolix, the Court finds that they are relevant. The credibility of Mr. Phillips is relevant to the issue of defendant's alleged negligence.

Therefore, the Court having reviewed this matter, and being advised,

**IT IS ORDERED** that the motion to strike (Doc. 28) be, and it is hereby, **DENIED**.

This 26th day of November 2019.



**Signed By:**

**_William O. Bertelsman_**   *WOB*

**United States District Judge**