UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,** | Civil Action No. 2:19-cv-00056-WOB-CJS |
| Plaintiff, | Judge William O. Bertelsman Magistrate Judge Candace Smith |
| v. | **AGREED ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER** |
| **NBCUNIVERSAL MEDIA, LLC,** | |
| Defendant. | |

The Plaintiff, Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann, along with the Defendant, NBCUniversal Media, LLC ("Defendant"), through their undersigned counsel and pursuant to LR 7.1(b) and FRCP 6(b)(1)(A), respectfully submit this Agreed Order extending time for Defendant to Answer Plaintiff's Complaint up to and including December 20, 2019.

**SO ORDERED THIS ___ DAY OF DECEMBER 2019**



**Signed By:**

*__William O. Bertelsman__* *WOB*

**United States District Judge**

Note:  This does not affect the preliminary pretrial
conference set for January 7, 2020, which remains set, or
the filing of a proposed discovery plan pursuant to Fed. R.
Civ. P. 26(f).

TENDERED BY:

*/s/ J. Stephen Smith*
J. Stephen Smith (KBA #86612)
John C. Greiner (*pro hac vice*)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.law
jgreiner@graydon.law
dford@graydon.com

*ATTORNEYS FOR DEFENDANT*

HAVE SEEN AND AGREED:

*/s/ Todd V. McMurtry (per email authorization 12/4/2019)*
Todd V. McMurtry (KBA #82101)
Kyle M. Winslow
Hemmer DeFrank Wessels PLLC
250 Grandview Drive
Suite 500
Ft. Mitchell, KY 95343
Phone:  (859) 344-1188
Fax: (859) 578-3869
Email: tmcmurtry@hemmerlaw.com

L. Lin Wood
G. Taylor Wilson
Jonathan D. Grunberg
Nicole Jennings Wade
L. Lin Wood, PC
1180 W. Peachtree Street, Suite 2040
Atlanta, GA 30309
404-891-1402
Fax: 404-506-9111
Email: twilson@linwoodlaw.com

*COUNSEL FOR PLAINTIFF*

9844886.1