# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN** and **JULIE SANDMANN**,<br><br>Plaintiff,<br>v.<br><br>**NBCUNIVERSAL MEDIA, LLC**,<br><br>Defendant. | CASE NO. 2:19-cv-00056-WOB-CJS<br><br>JUDGE BERTELSMAN<br><br>MAGISTRATE JUDGE SMITH<br><br>**JOINT MOTION EXTENDING TIME TO SUBMIT DISCOVERY PLANS** |

Pursuant to FRCP 26(f)(3), and Memorandum Order dated November 21, 2019, (R 43), the Plaintiff, with the agreement of NBCUniversal Media, LLC, WP Company LLC d/b/a The Washington Post, and CNN, hereby submits this Joint Motion to extend time until Friday, January 3, 2020, for submission of Discovery Plans pursuant to the Rule.

Respectfully submitted this 31st day of December 2019:

For Plaintiff:

**/s/ Todd V. McMurtry**
Todd V. McMurtry
Kentucky Bar No. 82101
tmcmurtry@hemmerlaw.com
Kyle M. Winslow
Kentucky Bar No. 95343
kwinslow@hemmerlaw.com

250 Grandview Drive, Ste. 500
Ft. Mitchell, KY 41017
Tel: 859-344-1188
Fax: 859-578-3869

and

For Defendant:

**/s/ John C. Greiner with permission**
John C. Greiner (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.law

and

J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP

1

2

L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole Jennings Wade (*pro hac vice*)
nwade@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com

1180 W. Peachtree Street, Ste. 2040
Atlanta, GA 30309
Tel: 404-891-1402
Fax: 404-506-9111

2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com