Eastern District of Kentucky
**FILED**
JAN -2 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,

   Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

   Defendant.

CASE NO. 2:19-cv-00056-WOB-CJS

JUDGE BERTELSMAN

MAGISTRATE JUDGE SMITH

ORDER GRANTING JOINT MOTION EXTENDING TIME TO SUBMIT DISCOVERY PLANS (R 43)

The Court, having considered the parties Joint Motion to extend time to submit Discovery Plans (R 48), and the same being well taken, the extension of time until Friday, January 3, 2020 is hereby GRANTED.

IT IS SO ORDERED

_William O. Bertelsman_  1/2/2020
UNITED STATES DISTRICT JUDGE

1

Tendered by:

For Plaintiff:

**/s/ *Todd V. McMurtry***
Todd V. McMurtry
Kentucky Bar No. 82101
tmcmurtry@hemmerlaw.com
Kyle M. Winslow
Kentucky Bar No. 95343
kwinslow@hemmerlaw.com

250 Grandview Drive, Ste. 500
Ft. Mitchell, KY 41017
Tel: 859-344-1188
Fax: 859-578-3869

and

L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole Jennings Wade (*pro hac vice*)
nwade@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com

1180 W. Peachtree Street, Ste. 2040
Atlanta, GA 30309
Tel: 404-891-1402
Fax: 404-506-9111

For Defendant:

**/s/ *John C. Greiner with permission***
John C. Greiner (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.law

and

J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

2