UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN and JULIE SANDMANN,**<br><br>Plaintiffs,<br><br>v.<br><br><br>**NBCUNIVERSAL MEDIA, LLC,**<br><br>Defendant. | Civil Action No. 2:19-cv-00056-WOB-CJS<br><br><br>Judge William O. Bertelsman<br>Magistrate Judge Candace Smith<br><br>**CORPORATE DISCLOSURE STATEMENT** |

In compliance with Fed. R. Civ. P. 7.1, E.D. Ky. General Order No. 09-14, and the Court's January 15, 2020 Order, Defendant NBCUniversal Media, LLC files the following Corporate Disclosure Statement:

1. **Is there a parent corporation?**

    __x__ Yes     ____No

    If the answer is YES, list below the identity of the parent corporation

    **Comcast Corporation**

2. **Is there any publicly held corporation owning 10% or more of its stock?**

   __x___ Yes  ____No

If the answer is YES, list below the identity of the publicly held corporation owning 10% or more of its stock.

**Comcast Corporation**

          Respectfully submitted,

          /s/ Darren W. Ford_____
          John C. Greiner (*Pro Hac Vice*)
          GRAYDON HEAD & RITCHEY LLP
          312 Walnut Street, Suite 1800
          Cincinnati, OH 45202
          Phone: (513) 629-2734
          Fax: (513) 333-4316
          jgreiner@graydon.com

          &

          J. Stephen Smith (KBA #86612)
          Darren W. Ford (KBA #95373)
          GRAYDON HEAD & RITCHEY LLP
          2400 Chamber Center Drive
          Suite 300
          Ft. Mitchell, KY 41017
          Phone: (859) 578-3070
          Fax: (859) 578-3071
          ssmith@graydon.com
          dford@graydon.com

          ATTORNEYS FOR DEFENDANT
          NBCUNIVERSAL, LLC