UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

NICHOLAS SANDMANN, by and through
his parents and natural guardians, TED
SANDMANN and JULIE SANDMANN,

       Plaintiffs,

v.

WP COMPANY LLC, d/b/a THE
WASHINGTON POST,

       Defendant.

No. 2:19-cv-19-WOB-CJS

NICHOLAS SANDMANN, by and through
his parents and natural guardians, TED
SANDMANN and JULIE SANDMANN,

       Plaintiffs,

v.

CABLE NEWS NETWORK, INC.,

       Defendant.

No. 2:19-cv-31-WOB-CJS

NICHOLAS SANDMANN, by and through
his parents and natural guardians, TED
SANDMANN and JULIE SANDMANN,

       Plaintiffs,

v.

NBCUNIVERSAL MEDIA, LLC,

       Defendant.

No. 2:19-cv-56-WOB-CJS

## PLAINTIFF'S STATUS REPORT

Pursuant to the Agreed Order entered on January 15, 2020 in the actions styled *Sandmann v. WP Company, LLC d/b/a The Washington Post*, No. 2:19-cv-19-WOB-CJS (E.D. Ky. *filed* Feb. 19, 2019) [Doc. 74]; *Sandmann v. Cable News Network, Inc.*, No. 2:19-cv-31-WOB-CJS (E.D. Ky. *filed* Mar. 12, 2019) [Doc. 57]; and *Sandmann v. NBCUniversal Media, LLC*, No. 2:19-cv-56-WOB-CJS (E.D. Ky. *filed* May 1, 2019) [Doc. 55] (collectively, "Agreed Order"), Plaintiff Nicholas Sandmann ("Plaintiff"), by and through his counsel, respectfully submits this Status Report on pending and additional lawsuits that Plaintiff intends to file in this Court concerning the events of January 18, 2019, at the National Mall.

1.      To the date of this Status Report, Plaintiff has filed three Complaints arising from the events of January 18, 2019, at the National Mall, all of which are pending in this Court: *WP Company*, No. 2:19-cv-19; *Cable News Network*, No. 2:19-cv-31; and *NBCUniversal*, No. 2:19-cv-56.  Plaintiff has not filed any other complaints in any other state or federal court against any other defendant.

2.      Plaintiff intends to file complaints against the following entities in this Court before March 9, 2020:

    (a)   **Gannett Co., Inc. ("Gannett")[1];**
    (b)   **ABC, Inc., ABC News, Inc., The Walt Disney Company ("ABC");**
    (c)   **ViacomCBS, Inc., CBS News, Inc., CBS Interactive, Inc. ("CBS")[2];**

---

[1] Plaintiff sent Gannett a retraction demand on April 22, 2019.  Plaintiff received a response from Gannett on May 15, 2019, which articulated its refusal to intiate any mitigating action concerning its false and defamatory publications.

[2] Plaintiff sent CBS a retraction demand on Jan. 24, 2020.  A response was received on Feb. 12, 2020, which articulated its refusal to intiate any mitigating action concerning its false and defamatory publications.

     (d)     **The New York Times Company[3];**

     (e)     **Wenner Media, LLC d/b/a "Rolling Stone."**

All of the future defendants listed above have published or republished statements made by Nathan Phillips and others that Nicholas blocked or otherwise restricted Phillips' free movement and would not allow Phillips to retreat at the National Mall on January 18, 2019.  Nicholas reserves his right to file complaints in this Court or any other court against any other potential defendant not listed above, subject to the applicable statute of limitations.

Respectfully submitted this 24th day of February, 2020.

<table>
<tr>
<td>

L. Lin Wood (*pro hac vice*)
L. LIN WOOD, P.C.
1180 W. Peachtree St., Ste. 2040
Atlanta, GA 30309
Phone:  (404) 891-1402
Fax:  (404) 506-9111
Email: lwood@linwoodlaw.com

*Attorney for Plaintiff*

</td>
<td>

/s/ *Todd V. McMurtry*
Todd V. McMurtry (82101)
Kyle M. Winslow (95343)
HEMMER DEFRANK WESSELS PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, KY 41017
Phone:  (859) 344-1188
Fax: (859) 578-3869
Email: tmcmurtry@hemmerlaw.com

*Attorneys for Plaintiff*

</td>
</tr>
</table>

---

[3] Plaintiff sent the New York Times a retraction demand on Feb. 13, 2020.  A response has not yet been received.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 24, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

<u>/s/ Todd V. McMurtry</u>

Plainitff's Counsel