UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>  Plaintiffs,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>  Defendant. | No. 2:19-cv-56-WOB-CJS |

### NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEYS

The undersigned counsel respectfully submit this Notice of Withdrawal of Individual Attorneys pursuant to Local Rule 83.6 in the case styled *Sandmann v. NBCUniversal Media, LLC*, No. 2:19-cv-56-WOB-CJS (E.D. Ky. *filed* May 1, 2019).

The undersigned attorneys, Nicole Jennings Wade, Jonathan Grunberg, and Taylor Wilson, are no longer associated with L. Lin Wood, P.C. and no longer represent Plaintiff Nicholas Sandmann.

The undersigned counsel are advised that Nicholas Sandmann will continue to be represented by L. Lin Wood of L. Lin Wood, P.C. and Todd V. McMurtry of Hemmer DeFrank Wessels PLLC.

The undersigned counsel are further advised that Nicholas Sandmann consents to withdrawal of the undersigned individual attorneys. A copy of this Notice is being served upon Mr. Sandmann's counsel of record, L. Lin Wood and Todd V. McMurtry.

Accordingly, the undersigned respectfully request that their withdrawals be noted on the docket.

Respectfully submitted this 14th day of August, 2020.

*/s/ Nicole Jennings Wade*
Nicole Jennings Wade (*pro hac vice*)
Tel: 404-600-1153
Fax: 404-969-4333
nwade@wgwlawfirm.com

*/s/ Jonathan Grunberg*
Jonathan Grunberg (*pro hac vice*)
Tel: 404-600-1153
Fax: 404-969-4333
jgrunberg@wgwlawfirm.com

*/s/ G. Taylor Wilson*
G. Taylor Wilson (*pro hac vice*)
Tel: 404-600-1153
Fax: 404-969-4333
twilson@wgwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

<em>/s/ Nicole Jennings Wade</em>