EXHIBIT A

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN** and **JULIE SANDMANN**,<br><br>Plaintiff,<br>v.<br><br>**NBCUNIVERSAL MEDIA, LLC,**<br><br>Defendant. | **CASE NO. 2:19-cv-00056-WOB-CJS**<br><br>**JUDGE BERTELSMAN**<br><br>**MAGISTRATE JUDGE SMITH**<br><br>**AFFIDAVIT OF NICHOLAS SANDMANN** |

I, Nicholas Sandmann, having been duly cautioned and sworn, state that I have personal knowledge of the facts contained in this Affidavit, that I am competent to testify in the matters herein, that I am over the age of 18, and that all of the statements contained herein are accurate and true, as I verily believe:

1. I am the Plaintiff in the above-captioned action.

2. I offer this Affidavit in support of the motion to remove L. Lin Wood as my attorney of record in the above-captioned action.

3. Mr. Wood is currently one of my attorneys of record in the above-captioned action.

4. I have ended my lawyer-client relationship with Mr. Wood and no longer wish to be represented by him in the above-captioned action.

5. Attorney Todd V. McMurtry will remain my attorney of record in the above-captioned action.

State of __Kentucky__ )
                       ) SS: _[signature]_
County of __Fayette__ )

The foregoing Affidavit was signed, acknowledged and sworn to before me on this 25th day of __January__ 2021, by Nicholas Sandmann.

_[signature: Ashley Coons]_
Notary Public

[Notary seal: ASHLEY COONS, COMMISSION EXPIRES 2/26/2022, NOTARY PUBLIC, NOTARY ID # 614219, STATE AT LARGE, KENTUCKY]