# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN,** | CASE NO. 2:19-cv-00056-WOB-CJS |
| Plaintiff, | JUDGE WILLIAM O. BERTELSMAN |
| v. | MAGISTRATE JUDGE SMITH |
| **NBCUNIVERSAL MEDIA, LLC,** | |
| Defendant. | **SECOND AMENDED COMPLAINT WITH JURY DEMAND** |

**NOW COMES** Nicholas Sandmann ("Nicholas" or "Plaintiff"), by and through counsel, and states his Second Amended Complaint against NBCUniversal Media, LLC ("NBCUniversal") as follows:

## PRIOR ALLEGATIONS FROM FIRST AMENDED COMPLAINT HEREBY ADOPTED AND INCORPORATED BY REFERENCE INTO THIS SECOND AMENDED COMPLAINT

Beginning immediately after paragraph six-hundred and thirty-one (631) of the original Complaint, Plaintiff adds the following new allegations:

632. Plaintiff hereby adopts and incorporates by reference as if fully rewritten herein paragraphs one (1) through six-hundred and thirty-one (631) of Plaintiff's First Amended Complaint (Doc. 23), including all exhibits, counts, screenshots, quotes, and other allegations contained in those paragraphs.

633. NBCUniversal's conduct, as alleged herein, proximately caused Nicholas to suffer personal physical injuries and physical sickness, including, but not limited to, a physical brain injury that is medically observable.

634. For five days, beginning May 4, 2020, a team of five professionals from Shelton Forensic Solutions conducted psychological, neuropsychological, and psychiatric evaluations of Nicholas to determine the scope of his brain injury. Their examination of Nicholas resulted in a sixty-three-page forensic evaluative report.

635. The unanimous conclusion of the five professionals, each of whom holds a terminal degree, is that "Nick has met or meets criteria for Post-Traumatic Stress Disorder."

636. The professionals concluded that:

    (a) "It is clear that [Nicholas] has suffered traumas, and that he continues to be affected by those traumas in both typical and atypical ways,";

    (b) Nicholas suffered dendritic atrophy, which "refers to the change in the branching of [his] neurons";

    (c) "there is no doubt that Nick's exposure, at the young age of 16, to such wide-scale and sustained public hate has affected him neuropsychologically"; and

    (d) Nicholas will suffer "a lifelong permanent impairment" caused by "the multiple fractures it creates and the resulting fragility of the victim coupled with the likelihood of the future triggering events."

637. NBCUniversal's conduct proximately caused Nicholas' brain to be altered structurally and functionally.

**WHEREFORE,** Nicholas respectfully prays:

(a) That judgment be entered against NBCUniversal for substantial compensatory damages in an amount not less than Seventy-Five Million Dollars ($75,000,000.00);

(b) That judgment be entered against NBCUniversal for punitive damages in an amount not less than Two Hundred Million Dollars ($200,000,000.00);

(c) That Nicholas recover his reasonable attorneys' fees and expenses from NBCUniversal;

(d) Trial by jury on all issues so triable;

(e) That all costs of this action be taxed to NBCUniversal; and

(f) That the Court grant all such other and further relief that the Court deems just and proper, including equitable relief.

Respectfully submitted this 14th day of June 2021.

Respectfully submitted,

*/s/ Todd V. McMurtry*
Todd V. McMurtry (KBA 82101)
HEMMER DEFRANK WESSELS, PLLC
250 Grandview Drive, Ste. 500
Fort Mitchell, Kentucky 41017
Tel: 859-344-1188
Fax: 859-578-3869
TMcmurtry@HemmerLaw.com

*Trial Attorney for Plaintiff,*
*Nicholas Sandmann*