UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 19-56-WOB-CJS

NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN					PLAINTIFF

v.					**ORDER**

NBCUNIVERSAL MEDIA, LLC						DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

This matter is before the Court on the parties' Joint Motion to Extend Phase I Discovery Deadlines. (R. 78). The parties, by agreement, seek to extend the deadline for completing Phase I discovery to November 15, 2021, and the deadline for filing motions for summary judgment to December 20, 2021, with responses in opposition due by February 11, 2022, and any replies due within 14 days of service of the corresponding response. Upon consideration of the parties' Joint Motion, and the Court noting that this is the first request by the parties to extend Phase 1 deadlines; accordingly,

**IT IS ORDERED** that

1)    the Joint Motion to Extend Phase 1 Discovery Deadlines (R. 78) is hereby **granted;**

2)    the following Phase 1 Deadlines set forth in the May 17, 2021 Scheduling Order (R. 70) are hereby **extended** as set forth below:

a)    <u>Completion of Phase 1 Discovery</u> – **November 15, 2021**

b)    <u>Summary Judgment Motions</u> – **December 20, 2021**
        Responses in opposition – **February 11, 2022**
        Replies – **due in accordance with Local Rule 7.1;** and

3)    all other provisions of the May 17, 2021 Scheduling Order (R. 70) remain in effect.

Dated this 20th day of September, 2021.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2019\19-56-WOB order grantg jt mtn extdg Ph1 ddls.docx