UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, | Civil Action No. 2:19-cv-00056-WOB-CJS |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

Pursuant to FRCP 41(a)(1)(A)(ii), the plaintiff, Nicholas Sandmann, and the defendant, NBCUniversal Media, LLC, hereby stipulate to the dismissal of this action, with prejudice and in its entirety.

Respectfully submitted,

/s/ *Todd V. McMurtry* (per email authorization)
Todd V. McMurtry (KBA #82101)
Kyle M. Winslow
Hemmer DeFrank Wessels PLLC
250 Grandview Drive
Suite 500
Ft. Mitchell, KY 95343
Phone: (859) 344-1188
Fax: (859) 578-3869
Email: tmcmurtry@hemmerlaw.com

*ATTORNEYS FOR PLAINTIFF*

11

/s/ J. Stephen Smith
J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

&

John C. Greiner (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.law

*ATTORNEYS FOR DEFENDANT
NBCUNIVERSAL MEDIA, LLC*